**LAW OFFICES OF DAVID PALACE**
383 KINGSTON AVE. #113
BROOKLYN, NY 11213
TEL: (347) 651-1077
FAX: (347) 464-0012
EMAIL: DAVIDPALACE@GMAIL.COM

---

November 17, 2013

<u>VIA ELECTRONIC FILING</u>

Hon. Vera M Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Hild v. Penn Credit Corporation*
              Docket No 13-cv-04924-SLT-VMS

Dear Judge Scanlon,

    I represent the Plaintiff in the above referenced matter, and write to advise the Court that the parties have reached a settlement in the above-referenced matter.

    Further, the Court is requested to provide the parties at least forty-five (45) days to finalize the settlement and file a voluntary notice of dismissal.

    I thank the Court in advance for its consideration in this matter.

                                      Respectfully Submitted,

                                      LAW OFFICES OF DAVID PALACE
                                      By:__s/David Palace_____
                                      David Palace

cc: kaminskid@cmtlaw.com